# United States District Court Southern District of New York

| | | |
|---|---|---|
| Rutgers Casualty Insurance Company | | Index Number: 1:20-cv-03622-ER |
| | Plaintiff(s), | Filed On: 5/8/2020 |
| vs. | | Court Date: |
| The Andrews Organization, et al | | |
| | Defendant(s). | AFFIDAVIT OF SERVICE |

STATE OF New York: COUNTY OF Nassau ss:

I, Anthony Schultz, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of New York. That on 6/8/2020 at 12:27 PM at 132 Perry Street, , New York, NY 10014, deponent served the within Summons in a Civil Action & Complaint bearing Index # 1:20-cv-03622-ER on Nadya Rasheed defendant therein named (the intended recipient).

SUITABLE AGE PERSON: By delivering a true copy of each to Nova Lee, Doorman a person of suitable age and discretion. That person was also asked by deponent whether said premises was the defendant's Home within the state and the reply was affirmative.

On 6/9/2020 Deponent also enclosed a copy of same in a postpaid sealed wrapper properly addressed to defendant at defendant's Home at 132 Perry Street, , New York, NY 10014 by First Class Mail marked Personal & Confidential and deposited said wrapper in (a post office) official depository under exclusive care and custody of the United States Postal Service within New York State.

DESCRIPTION: Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows:

Gender: Male Race/Skin: Black Age: 62 Weight: 185lbs Height: 5'10 Hair: Bald Glasses: No Other:

COMMENTS: **Your Deponent was Denied Access to 132 Perry Street, Unit 2C, New York, NY 10014 after Doorman, Nova Lee Spoke to Defendant Nadya Rasheed on Lobby Phone and advised Doorman, Nova Lee to Accept said Documents on their behalf**

MILITARY SERVICE: I Asked the Person Spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever, and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or Federal statutes.

LAUREN A. VASIL
NOTARY PUBLIC, State of New York
01VA6184115
Qualified in Nassau County
Commission Expires May 29, 2024

X _____
Anthony Schultz
License # 0861782

Subscribed and sworn to before me, a notary public, on this ____ day of June, 2020.

_____
Notary Public

Job # 215796

Client Reference: MSSSV 3 of 3

TMS SERVICE INC, 600 OLD COUNTRY ROAD, RM 318, GARDEN CITY, NY 11530