UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
RUTGERS CASUALTY INSURANCE COMPANY,      CIV: 1:20-cv-03622-(ER)

                                           Plaintiff,

                                                                     **JUDGMENT**

    -against-

THE ANDREWS ORGANIZATION,
HOME IMPROVEMENT CONSTRUCTION CORP.,
ALI KESHAVARZ, and NADYA RASHEED,

                                        Defendants,
----------------------------------------------------------------X

      This action having been commenced on May 8, 2020 by the filing of plaintiff RUTGERS CASUALTY INSURANCE COMPANY'S ("Rutgers") Summons and Complaint, and a copy of the Summons and Complaint having been served on defendants THE ANDREWS ORGANIZATION and HOME IMPROVEMENT CONSTRUCTION CORP., by personal service on the Secretary of State of the State of New York, as authorized agent to accept service of process and proof of service having been filed (ECF Doc. # 14-15).

      Defendants THE ANDREWS ORGANIZATION and HOME IMPROVEMENT CONSTRUCTION CORP. not having answered the Complaint, and the time for answering the Complaint having expired; and

      A Clerk's Certificate of Default (ECF Document 19) having been issued on July 10, 2020, it is hereby

      **ORDERED, ADJUDGED AND DECREED** that plaintiff Rutgers' motion for a judgment against THE ANDREWS ORGANIZATION and HOME IMPROVEMENT CONSTRUCTION CORP. is hereby GRANTED and it is Ordered and Declared that the Rutgers Policies issued to Home Improvement enumerated in the complaint by numbers SKP 2504732

10, SKP 2504732 11, CUP 2504733 10, and CUP 2504733 11, are hereby deemed rescinded and that Rutgers Casualty Insurance Company has no obligation to afford coverage to THE ANDREWS ORGANIZATION and HOME IMPROVEMENT CONSTRUCTION CORP. or any party as to the accident and claims asserted for a loss which occurred at 132 Perry Street, Unit 2E, New York, New York 10014 (the "Rasheed Claim"), together with such other relief as this Court deems just and proper.

Dated: September 10, 2020
New York, New York

_____
EDGARDO RAMOS, U.S.D.J.